# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2011

Robert P. Young, Jr.,
Chief Justice

142824

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KIMBERLY L. VROOMAN,
            Plaintiff-Appellee,

v

SC: 142824
COA: 299340
WCAC: 09-000147

FORD MOTOR COMPANY,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 17, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the decision of the Workers' Compensation Appellate Commission (WCAC) and we REMAND this case to the Board of Magistrates for additional findings of fact and conclusions of law, for the reasons stated in the WCAC dissenting opinion. See *Harder v Castle Bluff Apartments*, 489 Mich ___ (Docket No. 142616, order entered June 3, 2011); *Lofton v AutoZone, Inc,* 482 Mich 1005 (2008).

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2011

Clerk

t0622